**BATHAEE DUNNE LLP**
YAVAR BATHAEE (CA 282388)
yavar@bathaeedunne.com
BRIAN J. DUNNE (CA 275689)
bdunne@bathaeedunne.com
430 Park Avenue
New York, NY 10022
(212) 918-8188

**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**
Vahe Mesropyan (CA 307244)
vmesropyan@piercebainbridge.com
355 S. Grand Ave., 44th Floor
Los Angeles, CA 90071
(213) 262-9333

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reveal Chat Holdco LLC, a Delaware limited liability company, USA Technology and Management Services, Inc. (d/b/a Lenddo USA), a Delaware corporation, Cir.Cl, Inc., a dissolved Delaware corporation, and Beehive Biometric, Inc., a dissolved Delaware corporation,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>Facebook, Inc., a Delaware corporation,<br>　　　　Defendant. | Case No. 5:20-cv-00363-BLF<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>Judge: Honorable Beth Labson Freeman |

1  PLEASE TAKE NOTICE THAT Vahe Mesropyan, formerly associated with Pierce Bainbridge Beck Price & Hecht LLP, is no longer practicing with the firm and hereby withdraws as attorney of record for plaintiffs Reveal Chat Holdco LLC, USA Technology and Management Services, Inc. (d/b/a Lenddo USA), Cir.Cl, Inc., and Beehive Biometric, Inc. Brian Dunne and Yavar Bathaee of Bathaee Dunne LLP remain counsel of record for plaintiffs Reveal Chat Holdco LLC, USA Technology and Management Services, Inc. (d/b/a Lenddo USA), Cir.Cl, Inc., and Beehive Biometric, Inc.

**PIERCE BAINBRIDGE**
**BECK PRICE & HECHT LLP**

s/ Vahe Mesropyan
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2020, a copy of the foregoing was filed and served electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's CM/ECF System.

/s/ Vahe Mesropyan
Vahe Mesropyan