UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REVEAL CHAT HOLDCO LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No.  20-cv-00363-BLF<br><br>**ORDER STRIKING PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE CLASS ACTION COMPLAINT**<br><br>[Re: ECF 41] |

The Court hereby STRIKES Plaintiffs' opposition to Defendant's motion to dismiss the class action complaint for failure to comply with the undersigned's Standing Order Re Civil Cases, available on the Court's website.  ECF 41.  Specifically, Plaintiffs failed to comply with the Court's requirement that "[a]ll written text, including footnotes and quotations, shall be no less than 12-point type and shall be double-spaced."  Standing Order Re Civil Cases § IV.E.

Plaintiffs may file a conforming opposition brief **on or before May 15, 2020.**  The corrected opposition shall comply with this district's Civil Local Rules and with this Court's Standing Orders.  Defendant will not have an extension of time to file their reply brief.

**IT IS SO ORDERED.**

Dated: May 8, 2020

_____
BETH LABSON FREEMAN
United States District Judge