**Yavar Bathaee** (SBN 282388)
yavar@bathaeedunne.com
**Edward M. Grauman** (*pro hac vice*)
egrauman@bathaeedunne.com
**BATHAEE DUNNE LLP**
445 Park Ave. 9th Floor
New York, NY 10022
(332) 205-7668

**Brian J. Dunne** (SBN 275689)
bdunne@bathaeedunne.com
**BATHAEE DUNNE LLP**
653 West Fifth Street, 26th Floor
Los Angeles, CA 90071
(213) 462-2772

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| REVEAL CHAT HOLDCO, LLC, a Delaware limited liability company, USA TECHNOLOGY AND MANAGEMENT SERVICES, INC. (d/b/a Lenddo USA), a Delaware corporation, and BEEHIVE BIOMETRIC, INC., a dissolved Delaware corporation, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:20-cv-00363-BLF<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

Plaintiffs respectfully submit this response to Defendant Facebook, Inc.'s Administrative Motion to Enlarge Time. The differences between the parties are narrow and straightforward. Plaintiffs do not oppose Facebook's request for a 21-day enlargement of time (to September 11, 2020) to respond to the Amended Complaint, nor do they oppose Facebook's proposed 21-day enlargement of time (to 35 days) for Plaintiffs to file an opposition to the anticipated motion to dismiss. Plaintiffs agree with Facebook that additional time to adequately brief the issues is warranted "given the inherent complexity of antitrust claims," Mot. 1, to say nothing of the particular complexity—both legal and factual—of the claims in this highly technical case. If Facebook's first motion to dismiss is any guide, the parties will again be briefing at least the issues of fraudulent concealment, market definition, and refusals to deal under *Aspen Skiing Co. v. Aspen Highlands Skiing Corp.*, 472 U.S. 585 (1985), and its progeny.

That same rationale—complexity—underlies Plaintiffs' request for a 10-page expansion (to 35 pages) of the page limit for its opposition brief. It is here that the parties diverge. Plaintiffs asked Facebook to jointly move the Court for this modest page-limit expansion (matched by an identical 10-page expansion for Facebook's opening brief), along with a corresponding 11-day enlargement of time (to 18 days) for Facebook to reply. Facebook rejected this request and said it would not agree to any additional pages for briefing, instead filing this motion.

Just as Facebook believes that additional time will allow it to better brief the issues for the Court, Plaintiffs submit that an expanded opposition brief will do the same. Plaintiffs are mindful of the Court's preference for concise briefing, and would treat any expansion as a "maximum," not a goal. *See* Standing Order re Civil Cases, Judge Beth Labson Freeman, § IV.A.7. Should the Court grant this request, Plaintiffs would not oppose Facebook's request for a 14-day enlargement of time (to 21 days) to reply, given the additional matter in the opposition brief.

1

PLAINTIFFS' RESPONSE TO DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE
MOTION TO ENLARGE TIME TO RESPOND - No. 5:20-CV-00363-BLF

| | |
|---|---|
| Dated: August 13, 2020 | Respectfully submitted, |
| | /s/ Yavar Bathaee |
| **Brian J. Dunne** (SBN 275689) | **Yavar Bathaee** (SBN 282388) |
| bdunne@bathaeedunne.com | yavar@bathaeedunne.com |
| **BATHAEE DUNNE LLP** | **Edward M. Grauman** (*pro hac vice*) |
| 653 West Fifth Street, 26th Floor | egrauman@bathaeedunne.com |
| Los Angeles, CA 90071 | **BATHAEE DUNNE LLP** |
| (213) 462-2772 | 445 Park Ave. 9th Floor |
| | New York, NY 10022 |
| | (332) 205-7668 |
| | |
| | *Attorneys for Plaintiffs* |