YAVAR BATHAEE (CA 282388)
  yavar@bathaeedunne.com
EDWARD M. GRAUMAN (*pro hac vice*)
  egrauman@bathaeedunne.com
BATHAEE DUNNE LLP
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 205-7668

BRIAN J. DUNNE (CA 275689)
  bdunne@bathaeedunne.com
BATHAEE DUNNE LLP
653 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 462-2772

*Attorneys for Plaintiffs*

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| REVEAL CHAT HOLDCO, LLC, a Delaware limited liability company, USA TECHNOLOGY AND MANAGEMENT SERVICES, INC. (d/b/a Lenddo USA), a Delaware corporation, and BEEHIVE BIOMETRIC, INC., a dissolved Delaware corporation,<br><br>      Plaintiffs,<br><br> v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>      Defendant. | Case No. 5:20-cv-00363-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SEPTEMBER 17, 2020 CASE MANAGEMENT CONFERENCE**<br><br>Hon. Beth Labson Freeman |

1  Pursuant to Civil Local Rule 7-12, Defendant Facebook, Inc. and Plaintiffs Reveal Chat
2  Holdco, LLC, a Delaware limited liability company, USA Technology and Management
3  Services, Inc. (d/b/a Lenddo USA), a Delaware corporation, and Beehive Biometric, Inc., by and
4  through their respective counsel, hereby stipulate and agree that good cause exists to continue the
5  Case Management Conference currently scheduled for September 17, 2020, ECF No. 53, until
6  this Court decides Facebook's forthcoming motion to dismiss. Discovery in this case is stayed
7  pending this Court's ruling on that motion. ECF No. 66.

Dated: August 26, 2020

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Sonal N. Mehta

SONAL N. MEHTA

*Attorney for Defendant*
Facebook, Inc.

Dated: August 26, 2020

BATHAEE DUNNE LLP

By: /s/ Yavar Bathaee

YAVAR BATHAEE

*Attorney for Plaintiffs*
Reveal Chat Holdco LLC, USA Technology and Management Services, Inc. (d/b/a Lenddo USA), and Beehive Biometric, Inc.

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: August 26, 2020                    By:   /s/ Sonal N. Mehta
                                                 Sonal N. Mehta

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:  The Case Management Conference currently scheduled for September 17, 2020 is taken off the calendar.  Should the Court deny Facebook's forthcoming motion to dismiss, the Court will enter an order rescheduling the Case Management Conference and other related dates, as applicable.

DATED: _____                       By: _____
                                                Hon. Beth Labson Freeman
                                                United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:     /s/ Sonal N. Mehta

*Attorney for Facebook, Inc.*