SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorneys for Defendant
FACEBOOK, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| REVEAL CHAT HOLDCO, LLC, a Delaware limited liability company, USA TECHNOLOGY AND MANAGEMENT SERVICES, INC. (d/b/a Lenddo USA), a Delaware corporation, and BEEHIVE BIOMETRIC, INC., a dissolved Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., a Delaware corporation, <br><br> Defendant. | Case No. 5:20-cv-00363-BLF <br><br> **DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS** <br><br><br> Hearing Date: December 3, 2020 <br> Time: 9:00am <br> Judge: Hon. Beth Labson Freeman |

I, David Z. Gringer, declare as follows:

1.      I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP.  I represent Defendant Facebook, Inc. in the above-captioned action.

2.      Attached as Exhibit 1 is a true and correct copy of the Complaint filed on April 10, 2015 in No. CIV 533328, *Six4Three, LLC v. Facebook, Inc.* (San Mateo Super. Ct.).

3.      Attached as Exhibit 2 is a true and correct copy of the September 21, 2015 Wall Street Journal article, *Facebook's Restrictions on User Data Cast a Long Shadow*, referenced in Facebook's reply in support of its Motion to Dismiss the original complaint (ECF No. 49 at 2-3) and this Court's Order dismissing the original complaint (ECF No. 61 at 10).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of September, 2020 in Washington, District of Columbia.


By:  */s/* David Z. Gringer

David Z. Gringer


**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated:  September 11, 2020                    By:    */s/* Sonal N. Mehta

Sonal N. Mehta