SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| REVEAL CHAT HOLDCO, LLC, a Delaware limited liability company, USA TECHNOLOGY AND MANAGEMENT SERVICES, INC. (d/b/a Lenddo USA), a Delaware corporation, and BEEHIVE BIOMETRIC, INC., a dissolved Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:20-cv-00363-BLF<br><br>**[PROPOSED] ORDER ON DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS**<br><br><br>Hearing Date: December 3, 2020<br>Time: 9:00am<br>Judge: Hon. Beth Labson Freeman |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED:  Defendant Facebook, Inc.'s Motion to Dismiss is GRANTED.  Because further amendment would be futile, plaintiffs' First Amended Complaint is DISMISSED WITHOUT LEAVE TO AMEND.


DATED: _____                    By: _____

                                                            Hon. Beth Labson Freeman

                                                            United States District Judge



Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:      /s/ Sonal N. Mehta

         *Attorney for Facebook, Inc.*

No. 5:20-cv-00363-BLF                    [PROPOSED] ORDER ON MOTION TO DISMISS