UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REVEAL CHAT HOLDCO LLC, et al., <br>     Plaintiffs, <br> v. <br> FACEBOOK, INC., <br>     Defendant. | Case No. 20-cv-00363-BLF <br><br> **ORDER REQUESTING CHAMBERS COPIES** |

The parties shall submit chambers copies of briefs and exhibits associated with all future motions on which the Court will hold a hearing, including the December 3, 2020 hearing. *See* Standing Order Re Civil Cases § IX. All exhibits shall be tabbed. The Court REQUESTS that chambers copies for the upcoming hearing shall be submitted by **November 24, 2020**.

**IT IS SO ORDERED.**

Dated: November 17, 2020

_____
BETH LABSON FREEMAN
United States District Judge