| | |
|---|---|
| 1 | SONAL N. MEHTA (SBN 222086) |
| 2 | Sonal.Mehta@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| 3 | HALE AND DORR LLP |
| | 2600 El Camino Real, Suite 400 |
| 4 | Palo Alto, California 94306 |
| | Telephone: (650) 858-6000 |
| 5 | Facsimile: (650) 858-6100 |
| 6 | |
| | DAVID Z. GRINGER (*pro hac vice*) |
| 7 | David.Gringer@wilmerhale.com |
| | ARI HOLTZBLATT (*pro hac vice*) |
| 8 | Ari.Holtzblatt@wilmerhale.com |
| | MOLLY M. JENNINGS (*pro hac vice*) |
| 9 | Molly.Jennings@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| 10 | HALE AND DORR LLP |
| | 1875 Pennsylvania Ave NW |
| 11 | Washington, DC 20006 |
| 12 | Telephone: (202) 663-6000 |
| | Facsimile: (202) 663-6363 |
| 13 | |
| | *Attorneys for Defendant* |
| 14 | FACEBOOK, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| REVEAL CHAT HOLDCO, LLC, a Delaware limited liability company, USA TECHNOLOGY AND MANAGEMENT SERVICES, INC. (d/b/a Lenddo USA), a Delaware corporation, CIR.CL, INC., a dissolved Delaware corporation, and BEEHIVE BIOMETRIC, INC., a dissolved Delaware corporation, | Case No. 5:20-CV-00363-BLF |
| | **DECLARATION OF DAVID Z. GRINGER IN SUPPORT OF FACEBOOK'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Plaintiffs, | |
| v. | |
| FACEBOOK, INC., a Delaware corporation, | |
| Defendant. | |

I, David Z. Gringer, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. in the above-captioned action.

2. On December 8, 2020, I emailed counsel for plaintiffs in the above-captioned action and asked whether Plaintiffs would stipulate to Defendant's motion for administrative relief to consider whether the instant action and the recently filed *Klein* action, No. 5:20-cv-08570-LHK, should be related. That same day, Plaintiffs' counsel responded that Plaintiffs would agree to so stipulate.

3. On December 8, 2020, I also emailed counsel for Plaintiffs in the *Klein* action at the Keller Lenkner firm and asked whether *Klein* Plaintiffs would stipulate to Defendant's motion. The next day, December 9, 2020, counsel for the *Klein* Plaintiffs responded that *Klein* Plaintiffs would not stipulate to Defendant's motion and that they would instead file a motion opposing relation. No explanation was offered.

4. The Complaint in *Klein* is attached as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of December 2020 in Washington, District of Columbia.

By: /s/ David Z. Gringer
David Z. Gringer

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: December 10, 2020          By: /s/ Sonal N. Mehta
Sonal N. Mehta