1  SONAL N. MEHTA (SBN 222086)
   Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
    HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
4  Palo Alto, California 94306
   Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6  DAVID Z. GRINGER (*pro hac vice*)
   David.Gringer@wilmerhale.com
7  ARI HOLTZBLATT (*pro hac vice*)
   Ari.Holtzblatt@wilmerhale.com
8  MOLLY M. JENNINGS (*pro hac vice*)
9  Molly.Jennings@wilmerhale.com
   WILMER CUTLER PICKERING
10  HALE AND DORR LLP
11 1875 Pennsylvania Ave NW
   Washington, DC 20006
12 Telephone: (202) 663-6000
   Facsimile: (202) 663-6363
13
   *Attorneys for Defendant*
14 FACEBOOK, INC.

15

16                     **UNITED STATES DISTRICT COURT**

17                     **NORTHERN DISTRICT OF CALIFORNIA**

18                              **SAN JOSE DIVISION**

| | |
|---|---|
| REVEAL CHAT HOLDCO, LLC, a Delaware limited liability company, USA TECHNOLOGY AND MANAGEMENT SERVICES, INC. (d/b/a Lenddo USA), a Delaware corporation, CIR.CL, INC., a dissolved Delaware corporation, and BEEHIVE BIOMETRIC, INC., a dissolved Delaware corporation, | Case No. 5:20-CV-00363-BLF  **DEFENDANT FACEBOOK INC.'S [PROPOSED] ORDER GRANTING FACEBOOK'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Plaintiffs, | |
| v. | |
| FACEBOOK, INC., a Delaware corporation, | |
| Defendant. | |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED:  Defendant Facebook, Inc.'s Motion for Administrative Relief to Consider Whether Cases Should Be Related is GRANTED as follows:

1. The action recently filed in this District and captioned *Klein et al. v. Facebook, Inc.*, No. 5:20-cv-08570-LHK, filed on December 3, 2020 (the "*Klein* Action") is hereby related to the instant earlier-filed matter, *Reveal Chat et al. v. Facebook, Inc.*, No. 5:20-cv-00363-BLF; and

2. The *Klein* Action is hereby reassigned to this Court, the Honorable Beth Labson Freeman, accordingly.

DATED: _____   By: _____

Hon. Beth Labson Freeman

United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   */s/ Sonal N. Mehta*

*Attorney for Facebook, Inc.*

No. 5:20-cv-00363-BLF   FACEBOOK'S [PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF