SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
 David.Gringer@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
 Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
 Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
 FACEBOOK, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| REVEAL CHAT HOLDCO, LLC, a Delaware limited liability company, USA TECHNOLOGY AND MANAGEMENT SERVICES, INC. (d/b/a Lenddo USA), a Delaware corporation, and BEEHIVE BIOMETRIC, INC., a dissolved Delaware corporation,<br><br>                Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>                Defendant. | Case No. 5:20-cv-00363-BLF<br><br>**DEFENDANT FACEBOOK, INC.'S NOTICE OF FILING REGARDING *SHERMAN* PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Judge: Hon. Beth Labson Freeman |

1       On December 21, 2020, plaintiffs in *Sherman v. Facebook, Inc.*, No. 3:20-cv-8721-LB, filed a motion for administrative relief to consider whether their case should be related to *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK.  Both *Klein* and *Sherman* are the subjects of separate motions pending before this Court to consider whether they should be related to this case.  ECF Nos. 85, 87.  Facebook responded to the *Sherman* plaintiffs' motion on December 28, 2020, stating that pursuant to Local Civil Rule 3-12(f)(2) this Court should determine whether *Klein* is related to *Reveal Chat* before the *Klein* court determines whether *Sherman* is related to *Klein*.

      For the Court's convenience, Facebook hereby lodges as Exhibit 1 its response to the *Sherman* plaintiffs' motion to relate *Sherman* to *Klein*.

Dated: December 28, 2020                        Respectfully submitted,

By: /s/ Sonal N. Mehta
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
david.gringer@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
molly.jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

*/s/ Sonal N. Mehta*
Sonal N. Mehta