SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
  David.Gringer@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
  Ari.Holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| REVEAL CHAT HOLDCO, LLC, a Delaware limited liability company, USA TECHNOLOGY AND MANAGEMENT SERVICES, INC. (d/b/a Lenddo USA), a Delaware corporation, and BEEHIVE BIOMETRIC, INC., a dissolved Delaware corporation,<br><br>                    Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 5:20-cv-00363-BLF<br><br>**DEFENDANT FACEBOOK, INC.'S NOTICE OF FILING REGARDING *KLEIN* PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Judge: Hon. Beth Labson Freeman |

1    On January 4, 2021, plaintiffs in *Klein v. Facebook, Inc.*, No. 5:20-cv-08570-LHK filed a motion for administrative relief to consider whether *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW, *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-HSG, and *Steinberg v. Facebook, Inc.*, 3:20-cv-09130-VC should be related to *Klein*. *Klein*, *Kupcho*, *Dames*, and *Steinberg* are all the subjects of motions pending before this Court to consider whether they should be related to this case. ECF Nos. 85, 87, 99. Facebook responded to the *Klein* plaintiffs' motion on January 6, 2021, stating that pursuant to Civil Local Rule 3-12(f)(2) this Court should determine whether these cases are related to *Reveal Chat* before the *Klein* court determines whether other cases are related to *Klein*.

For the Court's convenience, Facebook hereby lodges as Exhibit 1 its response to the *Klein* plaintiffs' motion.

Dated: January 6, 2021                                   Respectfully submitted,


By:  */s/ Sonal N. Mehta*
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
david.gringer@wilmerhale.com
ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
molly.jennings@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on this January 6, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

*/s/ Sonal N. Mehta*
Sonal N. Mehta