United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| REVEAL CHAT HOLDCO LLC, et al., | Case No. 20-cv-00363-BLF |
| Plaintiffs, | |
| v. | **ORDER DETERMINING THAT CASES ARE NOT RELATED** |
| FACEBOOK, INC., | [Re: ECF 85, 87, 98, 99] |
| Defendant. | |

Defendant Facebook, Inc., has filed several administrative motions asking this court to relate later-filed cases to the present case, *Reveal Chat Holdco LLC v. Facebook, Inc.*, No. 20-cv-00363-BLF. See ECF 85, 87, and 99. Those cases are: *Klein et al. v. Facebook, Inc.*, No. 5:20-cv-08570-LHK; *Sherman v. Facebook, Inc.*, No. 3:20-cv-08721-LB; *Kupcho v. Facebook, Inc.*, No. 4:20-cv-08815-JSW; *Dames v. Facebook, Inc.*, No. 3:20-cv-08817-TSH; and *Steinberg v. Facebook, Inc.*, No. 3:20-cv-09130- SK. Additionally, Plaintiff Reveal Chat Holdco LLC filed a motion to relate *Affilious, Inc., et al. v. Facebook, Inc.*, No. 3:20-cv-9217-EMC to the present case as well. ECF 98. The Court has reviewed all the cases and finds the proposed classes and market definitions differ significantly from the present case such that relation is not appropriate. The Court's decision does not comment on whether some of the higher-numbered cases would properly relate to each other while not relating to the present case.

**IT IS SO ORDERED.**

Dated: January 21, 2021

_____
BETH LABSON FREEMAN
United States District Judge