# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| REVEAL CHAT HOLDCO LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 20-cv-00363-BLF <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MAY 13, 2021** |

The Court has received the parties' stipulation requesting a continuance of the February 25, 2021 case management conference. Accordingly, the case management conference is CONTINUED to May 13, 2021.

**IT IS SO ORDERED.**

Dated: February 11, 2021

_____
BETH LABSON FREEMAN
United States District Judge