# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| REVEAL CHAT HOLDCO LLC, et al., <br> Plaintiffs, <br> v. <br> FACEBOOK, INC., <br> Defendant. | Case No. 20-cv-00363-BLF <br><br> **JUDGMENT** |

The amended complaint of Plaintiffs Reveal Chat HoldCo LLC, USA Technology and Management Services, Inc. (d/b/a Lenddo USA), and Beehive Biometric, Inc. (a/k/a Beehive ID) having been dismissed without leave to amend and the action having been dismissed with prejudice,

it is hereby ORDERED and ADJUDGED that Plaintiffs Reveal Chat HoldCo LLC, USA Technology and Management Services, Inc. (d/b/a Lenddo USA), and Beehive Biometric, Inc. (a/k/a Beehive ID) take nothing by this action and that judgment is entered for Facebook, Inc. and against Plaintiffs Reveal Chat HoldCo LLC, USA Technology and Management Services, Inc. (d/b/a Lenddo USA), and Beehive Biometric, Inc. (a/k/a Beehive ID).

Dated: April 26, 2021

_____
BETH LABSON FREEMAN
United States District Judge